# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2009

Marilyn Kelly,
Chief Justice

137321

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES RICHARD REISS, II,
      Defendant-Appellant.

SC: 137321
COA: 269630
Macomb CC: 2004-003378-FH

_____/

On order of the Court, the application for leave to appeal the May 29, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Flick* (Docket No. 138258) and *People v Lazarus* (Docket No. 138261) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2009

_____
Clerk

l0526